534 A.2d 756

**COMMONWEALTH of Pennsylvania**

v.

**Anthony L. JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Dec. 4, 1987.

Clifford B. Cohn, Philadelphia, for appellant.

Ronald Eisenberg, Chief, Appeals Div., Gaele McLaughlin Barthold Deputy Dist. Atty., Nancy D. Wasser, Philadelphia, for W.O.A.R.

Ann Lee Begler, Pittsburgh, for amicus—Coalition against Rape.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.